IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>DONTE LASHAWN COLE,<br><br>　　　　　　*Defendant*. | Criminal No. 2:23-cr-270 - 1<br><br>Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Change of Plea
DATE HEARING HELD:  April 14, 2025
BEFORE:  William S. Stickman IV

| | |
|---|---|
| Appearing for Government:<br>Robert Schupansky, Esquire | Appearing for Defendant:<br>Gabrielle Lee, Esquire |
| Hearing began at 2:42 p.m. | Hearing concluded at 3:28 p.m. |

Stenographer:  Melissa Moore

OUTCOME:

Defendant pleaded guilty to Count 1 of the Indictment.
The Court adjudicated the defendant guilty.
Presentence Investigation Report ordered.
Sentencing scheduled for 08/18/25 at 1:30 p.m.
$100.00 special assessment imposed.
The appropriate orders of court will follow.